UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ITT EDUCATIONAL SERVICES, INC. SECURITIES LITIGATION | Civil Action No. 13-cv-1620-JPO<br>ECF Case |

## DECLARATION OF CAROL V. GILDEN IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Carol V. Gilden, declare under penalty of perjury that the following statements are true and correct:

1. I am a partner at Cohen Milstein Sellers and Toll PLLC, counsel for Lead Plaintiffs and the proposed Class in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Michael Hartzmark, along with exhibits thereto.

3. Attached hereto as Exhibit 2 is a true and correct copy of the firm résumé of Cohen Milstein Sellers & Toll PLLC.

I make the foregoing statements under oath and under penalty of perjury.

DATED:  March 27, 2015

                                                ___/s/ Carol V. Gilden_____
                                                     Carol V. Gilden