**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ITT EDUCATIONAL SERVICES, INC. SECURITIES LITIGATION | Civil Action No. 13-cv-1620-JPO<br>ECF Case |

**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND REIMBURSEMENT OF LEAD PLAINTIFFS' COSTS AND EXPENSES**

PLEASE TAKE NOTICE that on March 8, 2016 at 11:00 a.m. in Courtroom 706 at the United States District Court located at 40 Foley Square, New York, New York, Lead Plaintiffs will and hereby do move the Court, the Honorable J. Paul Oetken, for an order granting Lead Counsel's motion for an award of attorneys' fees, reimbursement of litigation expenses and reimbursement of Lead Plaintiffs' costs and expenses.

This motion is based upon this notice of motion, the accompanying memorandum of law, the accompanying Declaration of Carol V. Gilden in support of the motion, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on the motion.

Dated: February 2, 2016

                        **COHEN MILSTEIN SELLERS**
                         **& TOLL PLLC**

                        By: */s/ Carol V. Gilden*
                            Carol V. Gilden
                            190 South LaSalle Street
                            Suite 1705
                            Chicago, IL 60603
                            Tel.: (312) 357-0370
                            Fax: (312) 357-0369
                            cgilden@cohenmilstein.com

*2092846.1*

S. Douglas Bunch
Elizabeth Aniskevich
Times Wang
1100 New York Avenue, N.W.
Suite 500 East
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
dbunch@cohenmilstein.com
eaniskevich@cohenmilstein.com
twang@cohenmilstein.com

Kenneth M. Rehns
88 Pine Street, 14th Fl.
New York, New York 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
krehns@cohenmilstein.com

***Attorneys for Lead Plaintiffs and the Class***

**O'DONOGHUE & O'DONOGHUE LLP**

James R. O'Connell
Mark W. Kunst
4748 Wisconsin Ave. N.W.
Washington, D.C. 20016
Tel.: (202) 362-0041
Fax: (202) 362-2640

***Additional Attorneys for Lead Plaintiff***
***Plumbers and Pipefitters National Pension Fund***