UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ITT EDUCATIONAL SERVICES, INC. SECURITIES LITIGATION | Civil Action No. 13-cv-1620-JPO<br>ECF Case |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Lead Plaintiffs Plumbers and Pipefitters National Pension Fund and Metropolitan Water Reclamation District Retirement Fund ("Lead Plaintiffs") hereby file the attached Withdrawal of the Objection of Jeff M. Brown, dated February 26, 2016. Mr. Brown filed an objection (the "Objection") to the proposed Settlement in the above-captioned action on February 17, 2016 (Dkt. 89). Lead Plaintiffs are filing the attached withdrawal of the Objection at Mr. Brown's request.

Dated: February 26, 2016      Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: */s/ S. Douglas Bunch*
   Carol V. Gilden
   190 South LaSalle Street
   Suite 1705
   Chicago, IL 60603
   Tel.: (312) 357-0370
   Fax: (312) 357-0369
   cgilden@cohenmilstein.com

   S. Douglas Bunch
   Elizabeth Aniskevich
   Times Wang
   1100 New York Avenue, N.W.
   Suite 500 East
   Washington, D.C. 20005
   Tel.: (202) 408-4600
   Fax: (202) 408-4699
   dbunch@cohenmilstein.com
   eaniskevich@cohenmilstein.com
   twang@cohenmilstein.com

1

Kenneth M. Rehns
88 Pine Street, 14th Fl.
New York, New York 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
krehns@cohenmilstein.com

*Attorneys for Lead Plaintiffs and the Class*

**O'DONOGHUE & O'DONOGHUE LLP**

James R. O'Connell
Mark W. Kunst
4748 Wisconsin Ave. N.W.
Washington, D.C. 20016
Tel.: (202) 362-0041
Fax: (202) 362-2640

*Additional Attorneys for Lead Plaintiff Plumbers and Pipefitters National Pension Fund*

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *In re ITT Educational Services, Inc. Securities Litigation* | ) Case no. 13-cv-1620 (JPO) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## WITHDRAWAL OF THE OBJECTION OF JEFF M. BROWN

NOW COMES, Pro Se Objector JEFF M. BROWN (the "Objector"), who desires to withdraw his Objection to the proposed settlement in this matter. Accordingly, pursuant to Fed R. Civ. P. 23 (e)(5), he requests moves this Honorable Court to approve the withdrawal of his objection based on the following facts:

1. Objector made his objections in good faith based on the information in the notice of settlement.

2. Counsel for Objector has conferred with Class Counsel regarding the settlement and withdrawal of the objections.

Therefore, Objector hereby withdraws his objections to settlements in this matter and requests this Honorable Court's approval for the withdrawal of his objections.

Dated: February 26, 2016

Jeff M. Brown

1